UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL DIXON,<br><br>        Plaintiff,<br><br>    v.<br><br>THE STATE OF CALIFORNIA,<br>DEPARTMENT OF STATE HOSPITALS,<br>et al.,<br><br>        Defendants. | 1:17-cv-00858 BAM (PC)<br><br>ORDER GRANTING APPLICATION<br>TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 4) |

        Plaintiff Paul Dixon is a civil detainee proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff consented to the jurisdiction of the United States Magistrate Judge. (ECF No. 13); Local Rule 302.

        On March 8, 2017, Plaintiff initiated this action in the United States District Court for the Northern District of California. (ECF No. 1.) On June 23, 2017, the District Court for the Northern District of California found that certain of Plaintiff's allegations challenged the conditions of confinement at Coalinga State Hospital. Thus, those allegations and Plaintiff's pending motions were transferred to this Court. (ECF No. 11.)

        Therefore, Plaintiff's motion for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, filed on March 8, 2017, is currently before the Court. (ECF No. 4.) Examination of Plaintiff's application reveals that he is unable to afford the costs of this action.

1

| | |
|---|---|
| 1 | Accordingly, Plaintiff's motion to proceed in forma pauperis, filed March 8, 2017 (ECF No. 4) is GRANTED. |

Accordingly, Plaintiff's motion to proceed in forma pauperis, filed March 8, 2017 (ECF No. 4) is GRANTED.

IT IS SO ORDERED.

Dated: **July 14, 2017**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE